**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.   Case No. 2:09-cr-42-FtM-36SPC

FRANCISCO FRANCISCO DOMINGO

_____

**ORDER**

This cause comes before the Court on the Report and Recommendation of Magistrate Judge Sheri Polster Chappell (Doc. 81), filed on October 28, 2010. In her Report and Recommendation, Judge Chappell recommends that Defendant Francisco Francisco Domingo's Motion to Suppress (Doc. 47) be denied. Specifically, Judge Chappell notes that Defendant's waiver of his *Miranda* rights was knowing and voluntary and not the product of coercion, that Defendant did not invoke his right to counsel, and that Article 36 of the Vienna Convention on Consular Relations, 21 U.S.T. 77, has no bearing on the admissibility of Defendant's statements. No objections have been filed, and the time for doing so has expired. The Court reviews legal conclusions de novo, even in the absence of an objection. *See Cooper-Houston v. Southern Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

During a hearing held on October 12, 2010, the Government called Detective Charles Frost, Lieutenant Rene Gonzales, and Special Agent Kevin McCormick to testify. The Government also introduced a DVD of the Defendant's statement to police, a Miranda Rights Waiver Form, and an English translation of the DVD statement. Defendant did not call any witnesses, nor did he introduce any items of evidence at the hearing.

After conducting an independent examination of the file, including the transcript of the

October 12, 2010 hearing, and upon due consideration of the Report and Recommendation, the Court accepts Judge Chappell's Report and Recommendation.

Accordingly, it is now **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of the Magistrate Judge (Doc. 81) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion to Suppress (Doc. 47) is **DENIED**.

**DONE AND ORDERED** at Ft. Myers, Florida, on November 290, 2010.

Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
Magistrate Judge Sheri Polster Chappell
Counsel of Record